**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 172 EAL 2021
                                   Respondent    :
                                                  :
                                                  :    Petition for Allowance of Appeal
                                                  :    from the Order of the Superior Court
                            v.                           :
                                                  :
NEIL GARDNER,    :
                                                  :
                              Petitioner    :

## ORDER

**PER CURIAM**

      **AND NOW**, this 22nd day of March, 2022, the Petition for Allowance of Appeal is **DENIED**.